IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
~~WESTERN~~ DIVISION
*Eastern*

FILED BY_____D.C.

05 JUN -7 PM 12: 26

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W. D. OF TN JACKSON

UNITED STATES OF AMERICA

v.

NICHOLAS DEANGELO MARTIN

04-10095-T

## ORDER ON ARRAIGNMENT

This cause came to be heard on *May 27, 2005*, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME *Randy Alden Jr / Demu Smathers (FPD)* who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

\_\_\_\_ The defendant, who is not in custody, may stand on his present bond.
✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

*Diane K. Vescovo*
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:472

U. S. Attorney assigned to Case: J. Powell

Age: 30

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:04-CR-10095 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT