PS 8
(8/88)

# United States District Court
for
## Western District of Tennessee



FILED BY _____ D.C.
05 OCT -3 AM 8:33
[CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON]

**U.S.A. vs. Nicholas Deanthony Martin**   Docket No. 1:04-10095-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW Bruce M. Weidner PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Diane K. Vescovo sitting in the court at Memphis, on the 27th day of May, 2005, under the following conditions:

1. Report to Pretrial Services as directed.
2. Maintain or actively seek employment.
3. Defendant is restricted in residence and travel to the Western District of Tennessee.
4. Refrain from use or unlawful possession of a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner.
5. Submit to any method of testing required by the supervising officer for determining whether the defendant is using a prohibited substance.
6. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The general condition that the defendant shall not commit any offense in violation of federal, state or local law while on release in this case has been violated in that Mr. Martin was re-arrested on September 10, 2005, by the Jackson Police Department and charged with Resisting Arrest, Evading Arrest, Disorderly Conduct, Criminal Trespass, and Public Intoxication. Mr. Martin is scheduled to appear in Jackson City Court on the new charges on October 17, 2005. Additionally, a State Violation of Probation warrant was served on Mr. Martin on September 20, 2005, due to his new arrest and failure to complete community service work on a case out of Madison County Circuit Court which occurred prior to his arrest in the instant federal case. Mr. Martin is currently being held in the Madison County Jail without bond on the probation violation and is scheduled to appear in Madison County Circuit Court on October 31, 2005.

PRAYING THAT THE COURT WILL ORDER issuance of a warrant for the arrest of Nicholas Deanthony Martin so that he can be brought before this Court to show cause why his bond should not be revoked. It is recommended that the defendant be detained without bond.

ORDER OF COURT

Considered and ordered this 3
day of October, 2005 and ordered
files and made a part of the records in the above
case.

_____
U.S. District Judge

Respectfully,

_____
U.S. Pretrial Services Officer

Place   Jackson, Tennessee

Date    September 29, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __10-04-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CR-10095 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT