UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 04-10095-T |
| vs. ) | |
| ) | |
| NICHOLAS DEANTHONY MARTIN ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Nicholas Deanthony Martin, DOB 10-09-79, SSN 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, now being detained in the Madison County Jail, Jackson, Tennessee, appear before Judge James D. Todd on the 14th day of November, 2005 for an Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 14th day of November, 2005.

James W. Powell
Assistant U. S. Attorney

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Madison County Jail, Jackson, Tennessee.

YOU ARE HEREBY COMMANDED to have Nicholas Deanthony Martin appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 14th day of November, 2005.

James D. Todd
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CR-10095 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT